IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In re:  ) Case No: 15-00402
    Robert Dellamano )
) 
)

## MOTION TO RECUSE OF
## ROBERT DELLAMANO, ATTORNEY AT LAW

Comes Now, Robert Dellamano, Attorney at Law, and moves that the Honorable Charles E. Rendlen recuse himself from presiding over this Order, dated December 17, 2015.

In support of this motion, Robert Dellamano, Attorney at Law, states;

1.    Bankruptcy Judge Charles E. Rendlen should recused himself under 28 U.S.C.§455(a), from issuing any additional Orders concerning any matter raised in the Order of December 17, 2015, because when he brought two adversary complaints against Critique Services, LLC and knew about complaints against Critique Services, LLC from that time and, therefore, an objective, neutral third party viewing these facts would reasonably believe that the Judge would not be impartial in regard to movant due to his association with Critique Services, LLC., see

    * Lunde V. Helms, 29 F.3d 367 (8th Cir. 1994),

    * Liljeberg v Health Servs. Acquisition Corp.,
      486 U.S. 847, 108 S. Ct. 2194 (1988);

    * U. S. v State of Alabama, 828 F.2d 1532 (11th Cir. 1987);

    * United States v Tucker, 78 F.3d 1313 (8th Cir. 1996);

    * 28 U.S.C. § 455 (a)

2.    Bankruptcy Judge Charles E. Rendlen should recuse himself under 28 U.S.C.§455(a), Section 455 (a) and 455 (b) (1) since he has personal bias or prejudice concerning movant, or personal knowledge of disputed evidentiary facts as a result of Judge Rendlen's improper discussion with Trustees as recited in his Order of December 11, 2014 and exparte communication recited in his Order of December 17, 2015. This improper exparte communication of Judge Rendlen constitute Cognizable Misconduct pursuant to Rule 3(h)(1)(C),

Rules for Judicial Conduct and Judicial Disability Proceedings and Violated Rule 9003, Federal Rules of Bankruptcy Procedures.

Respectfully submitted,

Robert J. Dellamano #6310686IL
Attorney at Law
100 S. 4th Street, Ste. 550
St. Louis, MO 63102
(314) 499-6900 office
(314) 300-4650 fax
robert.dellamano@yahoo.com

Certificate of Service

I hereby certify that a true and correct copy of the above and forgoing was served by regular mail this 18th day of December, 2015 on the following:

Office of US Trustee
111 S. Tenth St Ste 6.353
St. Louis, Mo 63102

Robert Dellamano