## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | **Misc. Case No. 15-0402** |
| | § | |
| **Robert Dellamano,** | § | **Matter of Court Business** |
| | § | |
| **Attorney.** | § | |

## <u>REFERRAL</u>

The Court will refer the misconduct of attorney Robert J. Dellmano, as established in this Miscellaneous Proceeding and in other matters recently presented to the Court, to the Missouri Supreme Court's Office of Chief Disciplinary Counsel, the Attorney Registration & Disciplinary Commission of the Illinois Supreme Court, and the U.S. District Court for the Eastern District of Missouri. The Court will make these referrals for any discipline that those authorities may determine to be proper, in light of the fact that the now-suspended Dellamano has participated in unprofessional conduct before this Court and systematically conducts the practice of law in the state of Missouri without holding a license to practice law in the state of Missouri. These referrals are in addition to any discipline imposed by this Court; they are not in substitution for any discipline imposed by this Court. Nothing herein shall deprive this Court of its authority to discipline Dellamano as appropriate, pursuant to statute, case law, local rules, and the Court's inherent authority to discipline attorneys.

DATED: January 6, 2016
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

<u>COPIES TO:</u>

Robert J. Dellamano
Critique Services
3919 Washington Blvd.
St. Louis, MO   63108

Robert J. Dellamano
Attorney at Law
100 S. 4th St., Ste. 550
St. Louis, MO 63102

1