IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | Case No. 15-MISC-0402 |
| | § | |
| Robert J. Dellamano, | § | Matter of Court Business |
| | § | |
| Debtor. | § | |

### ORDER DIRECTING THE CLERK'S OFFICE TO STRIKE THE DELOITTE BUILDING ADDRESS LISTED FOR ATTORNEY ROBERT J. DELLAMANO FROM THE COURT'S RECORDS

As memorialized in Court orders entered in this Miscellaneous Proceeding, on December 16, 2015, attorney Robert J. Dellamano of the notorious "bankruptcy services" business known as "Critique Services," lied to the Court regarding his mailing address. He represented in numerous notices of appearances filed with the Court that, as of December 16, 2015, he had a mailing address of "100 S. 4th St., Suite 550, St. Louis, Missouri, 63102" (the "Deloitte Building Address"). The Court caught Dellamano in his lie on December 17, 2015, and issued an Order to Show Cause. Dellamano failed to show cause why he should not have been sanctioned for making these false representations. Accordingly, Dellamano was suspended from the privilege of practicing before this Court until March 7, 2016.

After Dellamano got caught on December 17 lying about his address and found himself facing sanctions, on December 18, he hurriedly entered into a lease to rent a mailbox at the Deloitte Building Address. The execution of that lease on December 18 did not, of course, rewrite history. Dellamano still had made a false statement on December 16. However, once Dellamano produced a copy of his December 18-executed lease, the Court updated its records to list Dellamano's mailing address of record—as of December 18, 2016—to be the Deloitte Building Address.

As it turned out, however, Dellamano was not sincere in his representation about his intended use of the Deloitte Building Address, even after he executed the lease. Twice in the past two weeks, envelopes mailed to Dellamano at the

1

Deloitte Building Address have been returned to the Court through the U.S. Postal Service, marked as undeliverable to Dellamano at that address. As such, his current mailing address on record with the Court appears not to be valid.

Accordingly, the Court **DIRECTS** as follows:

(1) the Deloitte Building Address be stricken from the Court's records as Dellamano's mailing address;

(2) the mailing address listed by Dellamano with the District Court (the office of "Critique Services" and Meriwether at 3919 Washington Ave., St. Louis, Missouri 63102) be listed in the Court's records as Dellamano's mailing address;[1] and

(3) further modification of the Court's records related to Dellamano's mailing address be prohibited without leave of Court (if Dellamano wishes to modify his mailing address of record with the Court, he must file in this Miscellaneous Proceeding a motion to modify his address).

Further, the Court **DIRECTS** that a copy of this Order be provided to the Missouri Supreme Court's Office of Chief Disciplinary Counsel, the Attorney Registration & Disciplinary Commission of the Illinois Supreme Court, and the U.S. District Court for the Eastern District of Missouri. Referrals of Dellamano's activities as reflected in this Miscellaneous Proceeding have already been made to these authorities. It is appropriate to keep these authorities informed of the addresses at which Dellamano can—and cannot—be found.

DATED: January 28, 2016
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

---

[1] Attachment A.

**COPIES TO:**

Robert J. Dellamano
Critique Services
3919 Washington Blvd.
St. Louis, MO 63108

# ATTACHMENT A

# UNITED STATES GOVERNMENT
# OFFICIAL MEMORANDUM

## Bankruptcy Court
## Eastern District of Missouri

To: Judge Rendlen

RE: Returned Mail – Robert Dellamano

Date: January 27, 2016

This Memorandum is to confirm two recent documents mailed to attorney Robert J. Dellamano. At the most recent address he provided to the Court (100 South 4th Street, Suite 550, St. Louis, Missouri 63102) documents have been returned as undeliverable. These two return mail items are part of case (#15-402) record.

The two documents mentioned above were also mailed to Mr. Dellamano's former address of: 3919 Washington Blvd., St. Louis, Missouri 63108. These documents were not returned to the Court as undeliverable.

The Clerk's office has subsequently verified the address that Mr. Dellamano has on record with the District Court is: Robert James Dellamano, 3919 Washington, St. Louis MO 63108, Bar ID: [6310686IL].