Robert J. Dellamano
4849 State Route 15
Freeburg, IL 62243

As of Dec 18, 2015

*[signature]* 3/15/16

RECEIVED + FILED
2016 MAR 15 AM 11: 37
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI